Samuel WOODS,[1] Respondent
Below, Appellant,

v.

1. The Court previously assigned pseudonyms to the parties under Supreme Court Rule 7(d).

Jessica WOODS, Petitioner Below, Appellee.

No. 412, 2015

Supreme Court of Delaware.

Submitted: December 4, 2015
Decided: February 5, 2016

AFFIRMED.